# United States Court of Appeals
## For the First Circuit

No. 10-2005

IN RE: GRAND JURY.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Richard G. Stearns, U.S. District Judge]

**ERRATA**

The opinion of this Court, issued on March 23, 2011, should be amended as follows.

On page 8, line 3 of 2nd full paragraph, replace "879" in the citation with "579".